# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD R. SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-00692-LJO-NEW (DLB) PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE FOLLOWING SCREENING BY COURT<br><br>(Doc. 1) |

　　　　Plaintiff Leonard R. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action. Defendants Schulteis and Gonzalez ("defendants") removed the action from Kern County Superior Court to this court on May 8, 2007. In conjunction with their notice of removal, defendants moves for a thirty-day extension of time to respond to plaintiff's complaint, commencing once the complaint has been screened by the court pursuant to 28 U.S.C. § 1915A.

　　　　Good cause having been found, it is HEREBY ORDERED that:

　　　　1.　　Defendants' motion for an extension of time to respond to plaintiff's complaint is GRANTED; and

///
///
///
///
///

2.     Defendants are relieved of their obligation to respond to plaintiff's complaint until directed to do so by the court, at which time defendants will be provided with thirty days to respond.[1]

IT IS SO ORDERED.

Dated:   **May 10, 2007**            **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The court has a large number of cases pending before it and will screen the complaint in due course.